UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>S. SAVOIE,<br><br>  Defendant. | Case No. 1:21-cv-01350-HBK<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT IFP APPLICATION OR PAY THE FILING FEE<br><br>FOURTEEN-DAY DEADLINE<br><br>(Doc. No. 1) |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on September 9, 2021. (Doc. No. 1). Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **fourteen (14) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee. If Plaintiff fails to timely comply with this order, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or to prosecute this action.

Dated:  October 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE