UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SAVOIE,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01350-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No.  9) |

　　　　Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 29, 2022, the Magistrate Judge issued a findings and recommendations, recommending that Plaintiff's application to proceed in forma pauperis be denied and that he be required to pay the $402.00 filing fee in full to proceed in this action because:(1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations in Plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (ECF No. 9 at 1–9.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were due within fourteen days after service.  (*Id.* at 1, 8–9.)  After seeking an extension of time, Plaintiff filed objections attaching nearly 100 pages of inmate grievances August 17, 2022.  (*See* ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations (ECF No. 9) issued on July 29, 2022 are adopted, in full;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is denied;
3. Within twenty-one (21) days following service of this order, Plaintiff shall pay the required $402.00 filing fee in full to proceed with this action; and
4. Plaintiff's failure to timely pay the filing fee within the specified time will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   November 9, 2022

_____

UNITED STATES DISTRICT JUDGE